UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

CASE NO. 2:20-mj-1098-VCF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALAN RAY,

    Defendant.

**ORDER ON STIPULATION TO EXTEND DEADLINES TO CONDUCT PRELIMINARY HEARING AND FILE INDICTMENT**

  Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the Defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on August 9, 2021, at the hour of 4:00 a.m., be vacated and continued to 9/8/2021 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

  DATED this 30 day of July, 2021.

_____
**HONORABLE CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

5