**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-245-JCM-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ALAN RAY,<br>aka "Sunny Ray,"<br>aka "Alan Montes," | |
| Defendant. | |

  The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2) based upon the plea of guilty by Alan Ray, aka "Sunny Ray," aka "Alan Montes," to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Alan Ray, aka "Sunny Ray," aka "Alan Montes," pled guilty. Criminal Information, ECF No. 33; Plea Agreement, ECF No. 35; Arraignment & Plea, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 45.

  This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

  This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 9, 2022, through March 10, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 51-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 50.

**California:**

On February 17, 2022, the United States Attorney's Office served Carol Williams, Chief Deputy Director of Operations California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-17.

On February 17, 2022, the United States Attorney's Office served Carole Vigne, General Counsel, California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-13, 18-20.

On February 17, 2022, the United States Attorney's Office served Governor Gavin Newsom by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-13, 21-22.

On February 17, 2022, the United States Attorney's Office served Kevin Matulich, Deputy Director, California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-13, 23-25.

On February 17, 2022, the United States Attorney's Office served Nancy Farias, Chief Deputy Director of External Affairs, California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-13, 26-28.

/ / /

On February 17, 2022, the United States Attorney's Office served Rita Saenz, Director, California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 3, 6-13, 29-31.

On February 17, 2022, the United States Attorney's Office served Rob Bonta, Office of the Attorney General, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 32-33.

On February 17, 2022, the United States Attorney's Office served Rosa Martinez, Supervisor, California Employee Development Dept., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 34-36.

On February 17, 2022, the United States Attorney's Office served Shirley N. Weber Ph.D., California Secretary of State, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 37-38.

**Nevada:**

On February 17, 2022, the United States Attorney's Office served Elisa Cafferata, Director, Nevada Department of Employment, Training & Rehabilitation, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 39-41.

On February 17, 2022, the United States Attorney's Office served Governor Sisolak by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 42-43.

On February 17, 2022, the United States Attorney's Office served Nevada Attorney General Aaron Ford by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 44-45.

On February 17, 2022, the United States Attorney's Office served Stephanie Fischer-Compliance/Audit Investigations Supervisor, Employment Security Division, Nevada Department of Employment, Training & Rehabilitation, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 50-1, p. 4-13, 46-47.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. 24 unemployment insurance benefits debit cards from DETR and EDD, all in different names;
2. two notebooks containing the PII of more than 80 individuals, including the PII of all 24 debits cards in the package;
3. four mailbox rental applications in the name of A.R. and the associated mailbox keys;
4. a New Mexico driver's license in the name of A.R.;
5. a photocopy of a Puerto Rico cannabis dispensary card listing a Puerto Rico address in the name of Sunny Ray, an alias used by defendant;
6. a gray Dell laptop computer bearing serial number 7B8L5L2; and
7. a rose-gold Apple iPhone, bearing IMEI # 353105103428819

(all of which constitutes property).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED May 20, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE