# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Alan Ray

Case No.: 2:21CR00245

*Transfer of Jurisdiction Request to the Southern District of Florida*

May 30, 2023

>RE: RAY, ALAN
>Case No. 2:21CR245
>**Transfer of Jurisdiction Request**

To: The Honorable James C. Mahan
Senior United States District Judge

On September 27, 2022, Your Honor sentenced Ray to a term of twenty (20) months custody, followed by a thirty-six (36) month term of supervised release for the offense of Conspiracy to Possess Counterfeit and Unauthorized Access Devices. The instant offense involved Ray attempting to mail illegal items to someone in Houston, Texas from Las Vegas, Nevada.

On or about February 23, 2023, in Broward County, in the Southern District of Florida, Alan Ray, having previously been removed from the United States, knowingly and unlawfully, was found in the United States without the written permission of the Attorney General of the United States. or his successor, or the Secretary of Homeland Security. Ray has been indicted in the Southern District of Florida for illegal reentry into the United States, case no. 23-60079-CR.

It is respectfully requested this case be transferred to the Southern District of Florida (SD/FL) to be included with their new indictment. The undersigned has been in contact with the SD/FL, and they have agreed to accept and resolve our case with their pending matter. Attached is the Probation Form 22, Transfer of Jurisdiction, for Your Honor's review and consideration.

>Respectfully submitted,
>
>_____
>Landon VanWormer
>Senior United States Probation Officer

Approved:

_____
Brian Blevins
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:21CR00245 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:21CR245 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alan Ray<br>In custody<br>Florida | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | James C. Mahan |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/27/2022 | TO 9/26/2025 |
|---|---|---|

OFFENSE

18 USC § 1029(b)(2) - Conspiracy to Possess Counterfeit and Unauthorized Access Devices

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the District of Nevada

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| June 5, 2023 | /s/ James C. Mahan |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Southern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |